**TROUTMAN SANDERS LLP**
Jessica R. Lohr, CA Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone: (858) 509-6000
Facsimile:  (858) 509-6040

John C. Lynch, admitted via *pro hac*
john.lynch@troutman.com
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile:  (757) 687-1504

*Attorneys for Defendant*
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI ALVERSON,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:17-cv-00649-DAD-EPG<br><br>**NOTICE OF ERRATA REGARDING NOTICE OF JOINT MOTION AND JOINT MOTION TO STAY PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT**<br><br>Judge:  Hon. Dale A. Drozd<br>Mag. Judge:  Hon. Erica P. Grosjean<br>Hearing Date: October 16, 2018<br>Time:  9:30 A.M.<br>Dept.:  5, 7th Floor |

PLEASE TAKE NOTICE THAT the date initially noticed for hearing on the Parties' Joint Notice of Joint Motion to Stay Proceedings Pending Finalization of Settlement [Dkt. No. 63] is not available, and that the Motion will be set for hearing on October 16, 2018 at 9:30 am in Courtroom 5.

Dated: September 7, 2018

Respectfully submitted,

By: */s/ John C. Lynch*
John C. Lynch
*Attorneys for Defendant*

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

CASE NOS. 1:17-cv-00649-DAD-EPG

NOTICE ERRATA RE
MOTION TO STAY PROCEEDINGS

**CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 7, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 135(a). Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

/s/ *John C. Lynch*
John C. Lynch

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

CASE NOS. 1:17-cv-00649-DAD-EPG   - 2 -   NOTICE ERRATA RE MOTION TO STAY PROCEEDINGS
36311886